JOSEPH A. SALAZAR, SB# 169551
  E-Mail: jsalazar@lbbslaw.com
MATTHEW D. ENGEBRETSON, SB#231994
  E-Mail: menbretson@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
2850 Gateway Oaks Drive, Suite 450
Sacramento, California  95833
Telephone: 916.564.5400
Facsimile: 916.564.5444

Attorneys for Defendant SIERRA NEVADA RECREATION CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUTTER GOLD MINING COMPANY<br><br>Plaintiff,<br><br>v.<br><br>SIERRA NEVADA RECREATION CORPORATION and DOES 1 through 25, inclusive,<br><br>Defendants. | CASE NO.  2:11-CV-02145-WBS-KJN<br><br>**ORDER REMANDING ACTION TO STATE COURT, SUPERIOR COURT OF CALIFORNIA, COUNTY OF AMADOR** |

The Court, having considered the stipulation of the parties to remand this action to state court and, good cause appearing therefore, hereby ORDERS as follows:

This action is hereby remanded to the Superior Court of California, County of Amador, where the case originated and was assigned to the Honorable Susan Harlan, Department 2, and assigned case number 11-CV-7418.

/ / /

/ / /

/ / /

4841-4834-7402.1

[PROPOSED] ORDER REMANDING ACTION TO STATE COURT, SUPERIOR COURT OF CALIFORNIA, COUNTY OF AMADOR

1 | Each party shall bear its own attorneys' fees and costs in connection with the remand of this
2 | action.
3 |     IT IS SO ORDERED.
4 |
5 | DATED:  August 22, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE